IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AMTEX SECURITY, INC. D/B/A § <br> AMTEX GLOBAL SERVICES, § <br> § <br> Plaintiff, § <br> §    C.A. No. 07-171 <br> v. § <br> § <br> 3M COMPANY, § <br> § <br> Defendant. § | |

### ORDER

On April 30, 2007, the Court held a telephone conference in the above-styled action. At that conference, the Court ORDERED as follows:

1. This case is hereby STAYED in its entirety until June 29, 2007.[1]

2. If the parties have not reached a settlement agreement in this case prior to the date the stay is lifted on June 29, 2007, Defendant 3M Company's answer to Plaintiff Amtex Security, Inc.'s Original Petition will be due on Monday, July 16, 2007.

3. An initial pretrial and scheduling conference in this case is hereby scheduled for Friday, July 20, 2007, at 1:15 p.m.

   SIGNED and ENTERED this 30th day of April, 2007.

   _____
   Janis Graham Jack
   United States District Judge

---

[1] The Court hereby STAYS this case until June 29, 2007 in response to the parties joint motion requesting the Court to stay and abate proceedings for sixty days (D.E. 2).