UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMTEX SECURITY, INC.; dba AMTEX GLOBAL SERVICES, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-171 |
| | § | |
| 3M COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER STAYING ACTION**

On July 17, 2007, this Court stayed the above-styled action pending a decision on Defendant 3M Company's motion to compel arbitration filed in <u>3M Company v. Amtex Security, Inc.</u>, United States District Court for the District of Minnesota, Case No. 07-cv-3198. (D.E. 15.) On September 21, 2007, the Minnesota District Court granted 3M's motion and ordered the parties to arbitrate all of Plaintiff Amtex Security, Inc.'s claims against 3M in St. Paul, Minnesota. (D. Minn. Case No. 07-cv-3198, D.E. 28.) On October 18, 2007, Amtex appealed the Minnesota District Court's order compelling arbitration to the United States Court of Appeals for the Eighth Circuit. (D. Minn. Case No. 07-cv-3198, D.E. 29.)

For the reasons stated in this Court's July 17, 2007 Order (D.E. 15), this Court hereby STAYS the above-styled action pending final resolution of Amtex's appeal of the Minnesota District Court's order compelling arbitration. No later than seven days after the Eighth Circuit

issues a final order resolving Amtex's appeal, the parties shall jointly file a pleading with this Court indicating the decision of the Eighth Circuit.

    SIGNED and ORDERED this 23rd day of October, 2007

                                                      Janis Graham Jack
                                                      United States District Judge