UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMTEX SECURITY, INC.; dba AMTEX GLOBAL SERVICES, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. C-07-171 |
| 3M COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER STAYING ACTION

On July 17, 2007, this Court stayed the above-styled action pending a decision on Defendant 3M Company's ("3M") motion to compel arbitration filed in <u>3M Company v. Amtex Security, Inc.</u>, United States District Court for the District of Minnesota, Case No. 07-cv-3198 (D.E. 16, First Stay Order). On September 21, 2007, the Minnesota District Court granted 3M's motion and ordered the parties to arbitrate all of Plaintiff Amtex Security, Inc.'s ("Amtex") claims against 3M in St. Paul, Minnesota. (D. Minn. Case No. 07-cv-3198, D.E. 28). On October 18, 2007, Amtex appealed the Minnesota District Court's order compelling arbitration to the United States Court of Appeals for the Eighth Circuit. (D. Minn. Case No. 07-cv-3198, D.E. 29).

On October 23, 2007, this Court again stayed the above-styled action, "pending final resolution of Amtex's appeal of the Minnesota District Court's order compelling arbitration." (D.E. 24, Second Stay Order). The parties were ordered to provide notice to the Court within seven days after the Eighth Circuit issued a final order resolving Amtex's appeal. (<u>Id.</u>). On October 7, 2008, Amtex and 3M filed a "Joint Notice of the Eighth Circuit Court Ruling Regarding Motion to Compel Arbitration" (D.E. 30). Amtex and 3M notified the Court that the

Eighth Circuit affirmed the Minnesota District Court's order compelling arbitration of all matters in dispute between Amtex and 3M.[1]  In their joint notice, Amtex and 3M requested that this Court stay the above-styled action "pending the final resolution of this matter through arbitration."  (Id., p. 1).  The Court hereby GRANTS the parties' request and STAYS the above-styled case pending conclusion of the arbitration proceedings.  The parties are hereby ORDERED to provide the Court with timely notice of the conclusion of the arbitration.

SIGNED and ORDERED this 9th day of October, 2008.

_____
Janis Graham Jack
United States District Judge

---

[1] The parties attached to their joint notice a copy of the Eighth Circuit's decision, in 3M Company v. Amtex Security, Inc., United States Court of Appeals for the Eighth Circuit, Case No. 07-3519.